UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50192
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADELITA VALENZUELA-REYNA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(P-98-CR-82-ALL-F)

_____

November 23, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Adelita Valenzuela-Reyna (Reyna) appeals her jury conviction for possession with intent to distribute marijuana. 21 U.S.C. § 841(a)(1). Reyna argues that the district court erred in giving the jury a "deliberate ignorance" instruction. We have reviewed the briefs and record and, based upon Reyna's defense of a lack of guilty knowledge and the evidence adduced at trial, the district court did not err in its instruction. *See United States v. McKinney,* 53 F.3d 664, 676 (5th Cir. 1995); *United States v. Lara-Velasquez,* 919 F.2d 946 (5th Cir. 1990).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Reyna also argues that the evidence presented at trial was insufficient to support the jury's finding that she knowingly possessed marijuana. The evidence contained in the record is sufficient to support the jury's finding that Reyna knowingly possessed marijuana with intent to distribute. *See United States v. Diaz-Carreon,* 915 F.2d 951, 953 (5th Cir. 1990).

AFFIRMED.